ing performance by defendant of a building contract. The complaint alleged that defendant agreed " in writing " to pay " each year during the period when said bond should be in force, a premium of $346.44; that said bond is still in force and plaintiff still liable upon said bond," and asked for a judgment for premiums which became due July 19, 1912, and July 19, 1913. The answer alleged that the written contract called for the payment of only $346.44, which amount had been paid, and denied the other allegations of the complaint.

George W. Elkins for appellant.

James A. Hughes for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.

---

FLORA L. VOSE, Respondent, v. JOSEPH C. CONKLING et al., Appellants.

Vose v. Conkling, 174 App. Div. 892, affirmed.

(Argued December 3, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 28, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action brought under section 101 of the Decedent Estate Law by the plaintiff claiming to be a creditor of Maria L. Conkling who died testate in 1909, to recover from the defendants as her devisees the amount of two deficiency judgments entered on the foreclosure of mortgages.

Edgar J. Nathan and Alfred H. Cumbers for appellants.

John Brooks Leavitt and N. Otis Rockwood, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.